# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE JACKSON,<br><br>Plaintiff<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendants | CASE NO. 1:19-CV-0574 AWI SAB<br><br>ORDER FOR CLERK TO CORRECT THE DOCKET BY CHANGING PLAINTIFF'S NAME |

On August 22, 2019, as part of an order of consolidation, the Court ordered Plaintiff Joanne Jackson to inform the Court of her true legal name. See Doc. No. 56. The Court did so because three different names had been used by Plaintiff in various documents and filings.

On August 28, 2019, Plaintiff informed the Court that her true name is "Joanne Denise Sisk." See Doc. No. 59. In light of this notice, the Court will order the Clerk to correct the docket to reflect Plaintiff's true name.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CORRECT the docket by changing Plaintiff's name from "Joanne Jackson" to "Joanne Sisk"; and
2. All future filings by either Plaintiff or Defendant shall identify the Plaintiff in Case No. 1:19-cv-0574 AWI SAB as "Joanne Sisk."

IT IS SO ORDERED.

Dated:   August 29, 2019

SENIOR DISTRICT JUDGE